# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE ANTOINE DANIELS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1907** |
| **LT. RHONDA WALLACE** | **SECTION "I" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Clarence Antoine Daniels's 42 U.S.C. § 1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 17th day of June, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**